IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUSTIN M. COOK, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No. 4:17-cv-0100 |
| v. | )<br>) |
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

This certified class action is hereby **DISMISSED WITH PREJUDICE** in accordance with the Order Granting Final Approval of Settlement and pursuant to the terms thereto. Without affecting the finality of this Judgment, the Court retains exclusive jurisdiction over all disputes arising from or relating to the Settlement. Except as otherwise expressly provided in the Settlement, all parties shall bear their own costs, fees, and expenses.

**IT IS SO ORDERED.**

Date: July 1, 2019                  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri            Fernando J. Gaitan, Jr.
                                              United States District Judge